

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-76,389-13

## EX PARTE ANTHONY WHITNEY NORMAN, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 1248767-E IN THE 262ND DISTRICT COURT
## FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Applicant was convicted of murder and sentenced to twenty-two years' imprisonment. The Fourteenth Court of Appeals affirmed his conviction. *Norman v. State*, No. 14-11-00433-CR (Tex. App. — Houston [14th Dist.] September 20, 2012) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

In ten of his eleven grounds for review in this application, Applicant raises claims of denial of due process and equal protection during his parole review process. This Court has reviewed those grounds for review and determined that they are without merit. Therefore, those grounds are denied. In his ninth ground for review in this application (labeled by Applicant as his ground "one hundred

eleven"), Applicant alleges that his judgment is void because the judge who presided over his trial was employed by the Harris County District Attorney's office while the case was being investigated. This ground for review is barred by Article 11.07, Section 4 of the Texas Code of Criminal Procedure, and is dismissed.

Filed: September 28, 2022
Do not publish